IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN WONG, et al.,

      Plaintiffs,                                No. CIV S-04-0039 JAM KJM PS

    vs.

CITY OF STOCKTON, et al.,

      Defendants.                                ORDER

_____/

        Plaintiffs filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 16, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days.  Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed April 16, 2009, are adopted in full;

3 and

4       2.  The motion of plaintiff trust to clarify ambiguity in judgment and to reopen the

5 cased is denied.

6 DATED:  July 17, 2009

8       /s/ John A. Mendez
      UNITED STATES DISTRICT JUDGE

9 wong0039.804

2